Argued March 29, affirmed March 29, 1973

STATE OF OREGON, *Respondent, v.* CHARLES EDWARD PASCHAL (No. C 72-05-1477 Cr), *Appellant.*

507 P2d 1157

*Gary D. Babcock,* Public Defender, Salem, argued the cause and filed the brief for appellant.

*John W. Osburn,* Solicitor General, Salem, argued the cause for respondent. With him on the brief was Lee Johnson, Attorney General, Salem.

Before SCHWAB, Chief Judge, and FORT and THORNTON, Judges.